```
                                    FILED
                    CLERK, U.S.D.C. SOUTHERN DIVISION
                              AUG - 9 2010
                    CENTRAL DISTRICT OF CALIFORNIA
                    BY                        DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Lotto, Stephanie DEFENDANT(S). | CASE NUMBER SA 10-292M-1 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of **Jef**, IT IS ORDERED that a detention hearing is set for **Thursday 8/12/10**, at **2:00** ☐ a.m. / ☒ p.m. before the Honorable **Robert N Block**, in Courtroom **6B**.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: **8/9/10**

_____
U.S. District Judge/Magistrate Judge
**ROBERT N. BLOCK**

---

CR-66 (10/97)   ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT
Page 1 of 1